**Eugenia B. WHITE, Plaintiff—Appellant,**

**v.**

**FAIRFAX COUNTY GOVERNMENT, Defendant—Appellee,**

**and**

**Fairfax County Department of Family Services, Defendant.**

**No. 08–2179.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 24, 2009.

Eugenia B. White, Appellant Pro Se. James Edward Wilcox, Jr., Fairfax, Virginia, for Appellees.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugenia B. White appeals the district court's order granting the Fairfax County Government's motion for summary judgment in her Title VII action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Fairfax County Gov't,* No. 1:07–cv–00696–LO–TCB (E.D. Va. filed Oct. 1, 2008 & entered Oct. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*